## Exhibit A to the Complaint

**Location:** Levittown, NY  **IP Address:** 98.116.226.203
**Total Works Infringed:** 35  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D55BBEEDD92C89D5C47BA24D89845D9BF67681D1<br>File Hash: E65E51998121E3A72B20B90C3072A72DBDC723A0AC26D518ACD6B218F2518098 | 11-10-2021 01:27:44 | Blacked Raw | 12-03-2018 | 01-22-2019 | PA0002149845 |
| 2 | Info Hash: 044E18736573C1921E8FFC1A4B8520E14B10DA16<br>File Hash: 799FCC0D16D40F531208EFC7E8ED3DD86A315CF59AADF5029B0A1AACE1E44346 | 10-22-2021 14:16:00 | Blacked Raw | 10-18-2021 | 11-11-2021 | PA0002321314 |
| 3 | Info Hash: AC75F6B67B4EBAE69972BD068F141E72208FCDF5<br>File Hash: A11FFDCE1A1B52EFF96752F96F141BD77FD8AF6E85C62607DD1269706957AE2F | 10-18-2021 18:48:15 | Blacked | 10-16-2021 | 10-19-2021 | PA0002317055 |
| 4 | Info Hash: 37967D2FD4A78721BCCB0DA7038F8933F074FB60<br>File Hash: 562E04C943120CC98F3B6D48DABBA877D5BB23A106E1CA53199FC56776DBC2FE | 10-01-2021 21:57:17 | Vixen | 09-29-2021 | 11-11-2021 | PA0002321322 |
| 5 | Info Hash: BDF82178BBE38FCF4A50D74C67C73973CD69EF23<br>File Hash: 7F22DA1D6DA60BB321C084139E1FCFBFFAB5217515194D1BC4FC52AC899D3620 | 09-28-2021 21:09:59 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 6 | Info Hash: 2FE39DF8781D43017B7FB8AC8C075450D2905953<br>File Hash: 1CCBC4D087B8FDA6170A39A4B2695E889057090CF7054FF3FE8488859B277DC5 | 09-28-2021 15:28:53 | Tushy | 09-26-2021 | 10-19-2021 | PA0002317053 |
| 7 | Info Hash: 4EBC017ACD73056D259280A6889B1E5D096C70AB<br>File Hash: D231B67080FC1F806279B7C6856B6FA58C72A5D0461DDA3591480A0FDA36516B | 09-28-2021 15:19:59 | Blacked Raw | 09-27-2021 | 10-19-2021 | PA0002317054 |
| 8 | Info Hash: CCF640BE0F22EDFFA9A663CAF10C58DAFF0F7291<br>File Hash: 302D8E587237A608442ABBB835E6496B29280BD0D18E9997F623E4F4E6FF138C | 09-27-2021 15:05:22 | Blacked | 09-25-2021 | 10-05-2021 | PA0002315288 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 53FC7EC290722C6733CAB27F065ED79D309A1AE9<br>File Hash: 584E3F7E0529E19FFA76EF625FDA3D97BB860E44CA4E98FDD795985F200171F6 | 09-23-2021 18:39:02 | Blacked Raw | 09-20-2021 | 11-11-2021 | PA0002321298 |
| 10 | Info Hash: 0E02F7035E6C0A7B806023E254BE4B877B859AFE<br>File Hash: 061A655D71EED8816773D4D81C2685BE46EEACFFE09679F1D84F8255267C6A3C | 09-20-2021 20:07:56 | Tushy | 09-19-2021 | 10-19-2021 | PA0002317058 |
| 11 | Info Hash: 8E53FF2E1F38259E5F74502C9F49DBDAC1BC341B<br>File Hash: 457946B198BE4FA38CC1DD3CB44F63670A89961950BF542FCC977EB501794233 | 09-20-2021 18:36:48 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 12 | Info Hash: 44510C39CBDE623DB076713726B8EE66A5153FA8<br>File Hash: 86FF2D94459908CB93FD1A67A831204DD7F2EDB3EDBEB5538D485E3FD012349E | 09-20-2021 17:46:32 | Blacked Raw | 09-13-2021 | 11-11-2021 | PA0002321292 |
| 13 | Info Hash: E554777F019DD9134EAC9056AA84649792BCC102<br>File Hash: B848DF2927CCCE235CBC6B646CB73F83E076FDC3121219B290EFCD5225FAD851 | 09-15-2021 01:25:45 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 14 | Info Hash: F4A97918835DD58FE77C6616EE92FF2840C5596A<br>File Hash: B89E9FB1DFA96D2D99CA79899F4D1E4DE93F49A3D29058DF1A2760B109555666 | 09-08-2021 17:42:05 | Tushy | 09-05-2021 | 09-21-2021 | PA0002312671 |
| 15 | Info Hash: E75A5CE65438DA60766CE023D1D04BD1B1EDBE7D<br>File Hash: 6F1A48EA19B6DCF1CFF586EF1D17E1E9C0B486DA787E301BDAC525F7BA95985B | 09-05-2021 18:52:03 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 16 | Info Hash: B22286C1F80403E5873A5A3F15FB4B270FB4CDFE<br>File Hash: 8EF209FB4B8236108E2F39BFE8228149F9871441CB59BC82AE25A07165DC070E | 08-23-2021 19:02:45 | Blacked | 08-19-2021 | 09-30-2021 | PA0002319753 |
| 17 | Info Hash: 810363F9FFF4342EF173C2C30784C811E8F941BF<br>File Hash: 9E8B453850957B0129513929AA52F98F20308E7ABDFB432C19C12FD5001D3AA0 | 08-09-2021 21:15:47 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 9B543B02B83223AEA59815F19FE9BC87C07958D7<br>File Hash: BB71EAE8FCFF67EF623220E917FC9BDA75C3A4DE0AE01AE6B5CB7A287BAD19FE | 08-09-2021 17:07:35 | Blacked | 08-07-2021 | 08-23-2021 | PA0002308431 |
| 19 | Info Hash: 9E8381EAB565B293387BC24897D8E214956C7395<br>File Hash: CDE851A4C4E00009D765110B63CDBAA04ACF3675D5EAF00179925B78F946CDB9 | 08-02-2021 20:52:13 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 20 | Info Hash: 1D935A62F16EF42075C521A42D453CAB7BA7C368<br>File Hash: 8D159ADC28DDFC5B4BB6E608B489C2B3211B90C5DE1F4B59C26CC2BCEBF132BD | 08-02-2021 20:40:56 | Vixen | 07-30-2021 | 08-20-2021 | PA0002312017 |
| 21 | Info Hash: 85FE27D52F4EFE6486F8B6EAAB165B1DE246CC4D<br>File Hash: FB323E9CB9BB59ECE248735D58F6ECDDDE8A60BF7D7DAC31E7DFE51BFE3DED95 | 08-02-2021 19:23:59 | Blacked | 07-31-2021 | 08-23-2021 | PA0002308430 |
| 22 | Info Hash: 12A99808A140787E996465A4E0FF5CEE81E1B235<br>File Hash: ADF52846FDA2D0B5E56E954ABF6BEDC4B2EBD1C155979440218310D60C0FF4D2 | 07-27-2021 20:19:12 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 23 | Info Hash: 46CA93AFA14271571A631415B20065417ADA1EE5<br>File Hash: 4491531E1415A18A5CE460CD1A5A17FC6BA7708895E8DF280AFC43BC2296B5ED | 07-26-2021 17:20:35 | Blacked | 07-24-2021 | 09-21-2021 | PA0002312682 |
| 24 | Info Hash: 1DC17DD1BEDEA422F14AA22032051E9083D386C6<br>File Hash: 9814480CBE9C55A9A65825A2045A15BAE2E6969257D970C16BA4327E77C28716 | 07-14-2021 23:33:17 | Blacked Raw | 07-12-2021 | 09-21-2021 | PA0002312676 |
| 25 | Info Hash: 9DC437C24A1C39ADDF1E9D9C1CB76527E9100402<br>File Hash: CD65C7799CB97E0A127916FC4B2E662BE7F04B46D6C8C1CABB97FD9060BB3010 | 07-12-2021 19:08:32 | Tushy | 07-11-2021 | 09-21-2021 | PA0002312668 |
| 26 | Info Hash: 5967A179ECB17E915F3957FADEC80E9B2D5B9669<br>File Hash: 438A13F42E95B96712064573C99921F9AFBF1427A47586982260C2CAA5E6B528 | 07-09-2021 16:58:51 | Blacked | 07-03-2021 | 08-02-2021 | PA0002305091 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: DDE999204B8FAAD22500138F61043E3B73D51800<br>File Hash: 23D57BE19830213DE13C2E8CF63B5BECA369C1AC2511747745A2E3F8AFBF9451 | 07-09-2021 16:18:48 | Blacked Raw | 07-05-2021 | 08-02-2021 | PA0002305092 |
| 28 | Info Hash: AB40567AB9EC9142F34C0B6DCC75D4EBD430291F<br>File Hash: 9B9F45E04B0280205E7EDAB0A8ECC42BFE96E07BCC284D5365C6CDC5469DC274 | 07-07-2021 17:05:32 | Tushy | 06-27-2021 | 08-02-2021 | PA0002305088 |
| 29 | Info Hash: 1FAC18DEDF1965BDD703862E47E52071F6BF18A4<br>File Hash: 975C0BE1BE45B8BBE76821BC5AF9C89E5B735BCBB98DB8683FB20CFDEE0B5D93 | 06-29-2021 21:46:56 | Blacked | 06-19-2021 | 07-08-2021 | PA0002300660 |
| 30 | Info Hash: 58CF3E07E868BD7F3DD5C52E6DF0D6BBAAE7C4D6<br>File Hash: 0326D1D9C7DB690DE9C12831581B36DD5B4347EF393B08A270AFB6138824E0EA | 06-21-2021 23:34:40 | Blacked Raw | 05-31-2021 | 06-15-2021 | PA0002296925 |
| 31 | Info Hash: 6C529528748352D5E6B864BD99F0FD5A08128A12<br>File Hash: E020B7509BC286F029ADC5AE3F35B4E90CAF80D59F7CB43E1B9333E5750969F4 | 06-15-2021 13:29:01 | Blacked Raw | 06-14-2021 | 08-02-2021 | PA0002305094 |
| 32 | Info Hash: 9736BEA74CCF3D6C6AA4872E44C4EC52D5E79052<br>File Hash: DED78F6B7012D32AAE7794362964512E1AFF96A7CFBAF59AB472381A089333AC | 06-10-2021 14:31:39 | Tushy | 06-20-2017 | 07-07-2017 | PA0002070816 |
| 33 | Info Hash: D8377F22A5B76F6FE17E2C1918296688E02026EB<br>File Hash: 41F17368762A71E497D6DB6FBD55BEEE103180B1035CB7E017F77AAC3FF0D427 | 06-10-2021 14:24:20 | Tushy | 02-14-2021 | 03-08-2021 | PA0002280366 |
| 34 | Info Hash: 1131137E07C4026A3A78DCFED97242444284D2DE<br>File Hash: 462B7D5D68F0B444C8B9207058FA80D435FF6BB40F42A5037402819D7E4846B3 | 05-24-2021 17:46:28 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 35 | Info Hash: 65A8F206141EB10A442866B90EFD0141195DDA20<br>File Hash: 3E9306A2DFC01C98D1F65460B38B737A728608CAFE5906A8C2983B26FE3CF077 | 05-20-2021 15:55:39 | Blacked Raw | 05-03-2021 | 06-15-2021 | PA0002296918 |